# EXHIBIT B

**Dylan Point Loma Apartments - Point Loma, CA**
Published by GAIN [?] · June 25 · 🌐

Welcome to doggy heaven 😍

Your pup will love nearby Ocean Beach Dog Beach, a leash-free haven for pets, people and sandy belly rubs 🐕

Dwell at Dylan 👉 bit.ly/DylanPointLomaApts ... See More

